IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**KEOTA BROWN, Individually and on**               **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.               No. 1:21-cv-1891-MSS

**SHIFTKEY, LLC**               **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Keota Brown, by and through her attorney Josh Sanford of Sanford Law Firm, PLLC, and Defendant ShiftKey, LLC, by and through its attorney Joseph K. Mulherin of McDermott Will & Emery, LLP, hereby submit the following Joint Status Report pursuant to the Court's Docket Entry dated November 12, 2021:

1.    On May 7, the Parties stipulated to a Stay Pending Arbitration.

2.    The Parties are engaged in pre-arbitration resolution through private negotiation and mediation consistent with the parties' arbitration agreement.

3.    Due to illness in the Plaintiff's family, there was some delay in the negotiations since the parties' last Joint Status Report. Private negotiations resumed on December 13.

4.    The Parties will know within 30 days whether this matter can be settled or the parties will need to go to arbitration.

5.    Subject to the Court's approval, the Parties respectfully request to file another arbitration status report in 30 days, on or before January 14, 2022.

Respectfully submitted,

**KEOTA BROWN, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and    **DEFENDANT SHIFTKEY, LLC**

MCDERMOTT WILL & EMERY, LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 984-6908

*/s/ Joseph K. Mulherin*
Joseph K. Mulherin
jmulherin@mwe.com